IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DEVANTE M. PARKER,                                                                                    PLAINTIFF

v.                                     5:12CV00375-SWW-JJV

FORD-SCOTT, CO-II,
W. C. Dub Brassell Detention Center,                                                           DEFENDANT

## ORDER

Pending before the Court is the Defendant's Motion to Compel (Doc. No. 11). During discovery, Defendant requested that Plaintiff sign and produce a Medical Authorization to permit Defendant to obtain copies of Plaintiff's medical records. Plaintiff has refused to comply with the Defendant's request.

After careful review, the Court finds that Plaintiff's medical records are relevant and necessary. Defendant's Motion to Compel (Doc. 11) is hereby GRANTED. Plaintiff is ordered to sign and produce a Medical Authorization within fourteen (14) days of this Order. Failure to comply with this Order will likely result in the dismissal of his denial of adequate medical care claim.

IT IS SO ORDERED this 28th day of February, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE